**GOOD HOPE HEALTH SYS., L.L.C. v. N.C. DEP'T OF HEALTH & HUMAN SERVS.**

[362 N.C. 504 (2008)]

GOOD HOPE HEALTH SYSTEM, L.L.C., Petitioner, and THE TOWN OF LILLINGTON, Petitioner-Intervenor v. N.C. DEPARTMENT OF HEALTH AND HUMAN SERV- ICES, DIVISION OF FACILITY SERVICES, CERTIFICATE OF NEED SECTION, Respondent, and BETSY JOHNSON REGIONAL HOSPITAL, INC., and AMISUB OF NORTH CAROLINA, INC. d/b/a CENTRAL CAROLINA HOSPITAL, Respondent-Intervenors

No. 57A06-2

(Filed 10 October 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 189 N.C. App. 534, 659 S.E.2d 456 (2008), affirming a final agency decision issued 10 September 2004 by the North Carolina Department of Health and Human Services. Heard in the Supreme Court 11 September 2008.

*Smith Moore LLP, by Maureen Demarest Murray and Susan M. Fradenburg, for petitioner-appellant.*

*Roy Cooper, Attorney General, by Melissa L. Trippe, Special Deputy Attorney General, for respondent-appellee.*

*Nelson Mullins Riley & Scarborough LLP, by Noah H. Huffstetler, III and Elizabeth B. Frock, for respondent-intervenor-appellee Betsy Johnson Regional Hospital, Inc.; and Bode Call & Stroupe, L.L.P., by S. Todd Hemphill, for respondent-intervenor-appellee Amisub of North Carolina, Inc. d/b/a Central Carolina Hospital.*

PER CURIAM.

AFFIRMED.